FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0460

_____

IN RE THE PARENTING OF:

A.F.,

    Minor Child,

L.F.,

      Petitioner and Appellee,                O R D E R

    and

B.F.,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason T. Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2020